

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00220-CV

**IN THE MATTER OF D.A.C.**

From the 436th Judicial District Court, Bexar County, Texas
Trial Court No. 2023JUV01069
Honorable William Shaw, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's March 20, 2024 order waiving its exclusive juvenile jurisdiction and transferring appellant to criminal district court is AFFIRMED. We order that no costs of appeal be assessed against appellant because he qualifies as indigent.

SIGNED December 11, 2024.

Beth Watkins, Justice